RECEIVED

OCT 1 3 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **HEATHER HUMPHRIES** | * | **CIVIL NO. 04-0670** |
| **VERSUS** | * | **JUDGE JAMES** |
| **RICHARD FEWELL, ET AL** | * | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment herein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment filed on behalf of defendants (Document No. 19) be **DENIED**.

**THUS DONE AND SIGNED** this _13_ day of _October_____, 2005, in Monroe, Louisiana.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**